# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JESUS A. WAYNE, JR., )
)
     Plaintiff, )
)
     v. )     Civil Action No. 1:26-cv-01551 (UNA)
)
)
WILLIAM MCPHEE, )
)
     Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on Plaintiff's *pro se* Complaint ("Compl."), ECF No. 1, and Application for Leave to Proceed *in forma pauperis* ("IFP"), ECF No. 2. The Court grants Plaintiff's IFP Application, and for the reasons explained below, it dismisses this matter without prejudice.

Plaintiff sues a single individual, William McPhee, who is purportedly the "Chief Justice of the World." *See* Compl. at 1–2. Plaintiff alleges only [sic] "racketeering with locked-up for William McPhee abanden by William McPhee at 500 Pennsylvania Ave. S.E. Washington, D.C. 20003 on Tuesday May 5, 2026." *Id*. at 4. He does not demand relief, stating "no relief…no lawsuit." *See id.*

*Pro se* litigants must comply with the Rules of Civil Procedure. *See Jarrell v. Tisch*, 656 F. Supp. 237, 239–40 (D.D.C. 1987). Federal Rule 8(a) of requires a complaint to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678–79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668–71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted

so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). Here, as presented, neither the Court nor the Defendant can reasonably be expected to identify Plaintiff's claims or entitlement to relief, if any, nor has Plaintiff established this Court's subject matter jurisdiction, *see* Fed. R. Civ. P. 12(h)(3).

Consequently, this case is dismissed without prejudice. A separate Order will issue contemporaneously.

Date: June 16, 2026

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge